**ORIGINAL**

FILED IN CHAMBERS
U.S.D.C. Atlanta

FEB 1 5 2022

Kevin P. Weimer, Clerk
By 
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FRANCO TABARES-MARTINEZ | **UNDER SEAL**<br><br>Criminal Indictment<br><br>No. **1:22-CR-0049** |

THE GRAND JURY CHARGES THAT:

**Count One**

Beginning on a date unknown to the Grand Jury, but at least as of on or about June 23, 2021, and continuing through the date of this Indictment, in the Northern District of Georgia and elsewhere, the defendant,

FRANCO TABARES-MARTINEZ,

did knowingly and willfully combine, conspire, confederate, agree and have a tacit understanding with others known and unknown to the Grand Jury, to violate Title 21, United States Code, Section 841(a)(1), that is to knowingly and intentionally possess with intent to distribute a controlled substance, said conspiracy involving at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), all in violation of Title 21, United States Code, Section 846.

## Count Two

On or about July 28, 2021, in the Northern District of Georgia and elsewhere, the defendant,

FRANCO TABARES-MARTINEZ,

aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance, said act involving at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## Count Three

On or about September 23, 2021, in the Northern District of Georgia and elsewhere, the defendant,

FRANCO TABARES-MARTINEZ,

aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance, said act involving at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### Count Four

Between on or about November 4, 2021, and on or about November 16, 2021, in the Northern District of Georgia and elsewhere, the defendant,

FRANCO TABARES-MARTINEZ,

aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance, said act involving at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### Prior Conviction Notice

Before the defendant, FRANCO TABARES-MARTINEZ, committed the offenses charged in this Indictment, defendant FRANCO TABARES-MARTINEZ was convicted of Conspiracy to Possess Methamphetamine with Intent to Distribute, a serious drug felony, for which he served more than 12 months of imprisonment, and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## Forfeiture Provision

Upon conviction of the offenses alleged in Counts One through Four of this Indictment, defendant FRANCO TABARES-MARTINEZ shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations, including but not limited to, the following:

(a) MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of each offense, or conspiracy to commit such offense, alleged in Counts One through Four of this Information.

If any property described above, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section

853(p), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

A __TRUE__ BILL

_____
FOREPERSON

KURT R. ERSKINE
  United States Attorney

*Laurel B. Milam*
LAUREL BOATRIGHT
  Assistant United States Attorney
Georgia Bar No. 426939

*Michael S. Qin*
MICHAEL S. QIN
  Assistant United States Attorney
Georgia Bar No. 206110

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181