**U.S. Department of Justice**
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Franco Tabares-Martinez

**Agent to Arrest**

Indictment/Information

**1:22-cr-0049**

UNDER SEAL

## PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter, in the above-stated case.

Laurel R. Boatright
Assistant United States Attorney

Filed In Clerk's Office, this _____ day of _____, 20 ____.

_____
Clerk

By _____
Deputy Clerk

ISSUED AND DELIVERED
TO U.S. MARSHAL
2/16/2022
BY: _____
DEPUTY CLERK

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94