FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Nov 18 2022

KEVIN P. WEIMER, Clerk

By: Sonya Nuckolls
    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>FRANCO TABARES-MARTINEZ | Indictment<br><br>Criminal Action No.<br><br>1:22-cr-0049<br><br>**UNDER SEAL** |

### Government's Motion for
### Certified Copies of the Sealed Indictment and Related Materials

The United States of America, by Ryan K. Buchanan, United States Attorney, and Laurel B. Milam, Assistant United States Attorney for the Northern District of Georgia, files this Motion for Certified Copies of the Sealed Indictment and Related Materials in this case, for the following reasons:

Pursuant to Court Order, the indictment and related materials in this case have been sealed, and the government is authorized to make limited disclosure of those materials to both domestic and foreign law enforcement personnel, foreign authorities, and the International Criminal Police Organization ("INTERPOL"), in connection with the performance of their duties and for use in locating, arresting, and/or extraditing the defendant.

At this time, the government asks that this Court direct the Clerk of Court to make certified copies of the Indictment, this motion to seal, the arrest warrant,

and related orders, as requested by the government, in order to pursue the arrest and extradition of the defendant.

## Conclusion

WHEREFORE, the United States of America respectfully requests that the Clerk of Court make certified copies of this motion, the Indictment, the warrant, and ensuing order as requested by the Government to effectuate the location, arrest and extradition of the defendant.

Respectfully submitted,

RYAN K. BUCHANAN
   *United States Attorney*

*/s/ Laurel B. Milam*

LAUREL B. MILAM
   *Assistant United States Attorney*
Georgia Bar No. 426939
laurel.milam@usdoj.gov