Case 1:22-cr-00049-UNA   Document 8   Filed 12/05/22   Page 1 of 2

FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Dec 05 2022

KEVIN P. WEIMER, Clerk

By: L. Glaser
              Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FRANCO TABARES-MARTINEZ | Indictment<br><br>Criminal Action No.<br><br>1:22-cr-0049<br><br>**UNDER SEAL** |

**Government's Motion for Order Authorizing**
**Limited Disclosure of the Indictment, Arrest Warrant and Related Materials**

The United States of America, by Ryan K. Buchanan, United States Attorney, and Laurel B. Milam, Assistant United States Attorney for the Northern District of Georgia, files this Motion for Amended Order Authorizing Limited Disclosure of the Sealed Indictment, Arrest Warrant and Related Materials in this case, for the following reasons:

Pursuant to Court Order, the indictment, arrest warrant and related materials in this case have been sealed. At this time, the Government anticipates working with officials of the U.S. Department of State, foreign officials, and other domestic and foreign law enforcement authorities (including International Criminal Police Organization/INTERPOL) in order to locate, arrest, and extradite the defendant.

## Conclusion

WHEREFORE, the United States of America respectfully requests an Order permitting the United States to disclose the Indictment, Arrest Warrant, and related materials to law enforcement and other government personnel, including those of a foreign government, as necessary to assist in the location, apprehension, and extradition of the defendant to the United States.

Respectfully submitted,

RYAN K. BUCHANAN
   *United States Attorney*

LAUREL B. MILAM
   *Assistant United States Attorney*
Georgia Bar No. 426939
laurel.milam@usdoj.gov

600 U.S. Courthouse, 75 Ted Turner Drive S.W., Atlanta, GA 30303
(404) 581-6000   fax (404) 581-6181